```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  DENNISE D. WILLETT
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    ANNE C. GANNON (CA State Bar No. 214198)
 4  Assistant United States Attorney
         Ronald Reagan Federal Bldg. & US District Courthouse
 5       411 West Fourth Street, 8th Floor
         Santa Ana, California 92701
 6       Telephone:  (714) 338-3548
         Facsimile:  (714) 338-3561
 7       anne.gannon@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. SA CR 11-298-CJC |
|---|---|---|
| Plaintiff, | ) | ORDER TO DISCLOSE GRAND JURY TRANSCRIPT |
| v. | ) | |
| DAVID LAVERN PAINE, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that plaintiff United States of America may disclose to defense counsel the transcripts of the grand jury testimony of Special Agent Kelly Kottas, Immigration and Customs Enforcement, Homeland Security Investigations, in the matter of United States v. David Lavern Paine, SA CR 11-298-CJC.  This order is made to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

//

//

//

-1-

1       IT IS FURTHER ORDERED that defense counsel shall not
2  disclose the grand jury transcript produced pursuant to this
3  order to any person other than defendant, except as necessary in
4  preparation of the defense, without prior authorization from
5  this court and that all copies of the transcript provided to
6  defense counsel shall be returned to the government at the
7  conclusion of proceedings in this case.

9  DATED:    June 22, 2012.

11                               HONORABLE CORMAC J. CARNEY
                                 United States District Judge

-2-